IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>GREGORY S. BALLARD PROPERTIES, LLC,<br><br>         Debtor. | Case No. 10-30367<br>Chapter 11 |
| GREGORY S. BALLARD PROPERTIES, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>         Defendant. | Adv. Proceeding No. 16-03301 |

### **DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Bankr. Pr. 7056 and Fed. R. Civ. P. 56, Defendant JPMorgan Chase Bank, N.A. ("Chase"), moves the Court to enter partial summary judgment in its favor, dismissing with prejudice the purported first, second, third, fourth, and sixth claims of debtor Gregory S. Ballard Properties, LLC ("Ballard Properties"). In support of its motion, Chase respectfully shows the Court that there is no genuine dispute as to any material fact with respect to Ballard Properties' purported first, second, third, fourth, and sixth claims for relief and that Chase is entitled to judgment as a matter of law with respect to each of those purported claims.

WHEREFORE, Defendant JPMorgan Chase Bank, N.A., respectfully requests that the Court enter summary judgment in its favor, dismissing with prejudice the purported first, second, third, fourth, and sixth claims of debtor Gregory S. Ballard Properties, LLC and awarding such

other and further relief in Chase's favor as the Court deems just and proper.

Respectfully submitted, this, the 13th day of August, 2018.

                NELSON MULLINS RILEY & SCARBOROUGH LLP

        By:    s/Thomas G. Hooper
                Thomas G. Hooper, N.C. State Bar No. 25571
                301 South College Street, Suite 2300
                Charlotte, North Carolina 28202
                Telephone: (704) 417-3000;
                Facsimile: (704) 377-4814
                E-Mail: tom.hooper@nelsonmullins.com
                *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13th, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: James H. Henderson, Esq. (henderson@title11.com).

I hereby further certify that on August 13th, 2018, the foregoing was served when it was deposited into the U.S. Mail, first-class postage prepaid, addressed as follows:

>Bankruptcy Administrator
>402 West Trade Street, Suite 200
>Charlotte, NC  28202

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:     s/Thomas G. Hooper
        Thomas G. Hooper
        N.C. State Bar No. 25571
        301 South College Street, Suite 2300
        Charlotte, North Carolina 28202
        Telephone:  (704) 417-3000
        Facsimile:  (704) 377-4814
        E-Mail:  tom.hooper@nelsonmullins.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*